MARION I. QUESENBERY, Cal. Bar No. 072308
R. JASON READ, Cal. Bar No. 117561
RYNN & JANOWSKY, LLP
4100 Newport Place Drive, Suite 700
Newport Beach, CA 92660
Telephone: (949) 752-2911
Facsimile: (949) 752-0953
E-Mail: rj@rjlaw.com

Attorneys for Plaintiffs
CALIFORNIA ARTICHOKE & VEGETABLE
GROWERS CORP., dba OCEAN MIST FARMS;
DOBLER & SONS, LLC

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| CALIFORNIA ARTICHOKE & VEGETABLE GROWERS CORP, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>LINDSAY FOODS INTERNATIONAL, *et al.*,<br><br>Defendants. | CASE NO. CV F-07-103-OWW TAG<br><br>**STIPULATION RE TEMPORARY RESTRAINING ORDER AND REQUEST THAT ORDER TO SHOW CAUSE HEARING BE CONTINUED**<br><br>Hearing: February 6, 2007<br>Time: 12:00 p.m.<br>Place: Courtroom 3 |

Plaintiffs California Artichoke & Vegetable Growers Corp. dba Ocean Mist Farms and Dobler & Sons, LLC ("Plaintiffs") and Defendants Lindsay Foods International and Edward Thomas Console ("Defendants") respectfully request and stipulate as follows:

1. Plaintiffs and Defendants are discussing a settlement of this dispute and expect to present a stipulation to the Court, on or before February 12, 2007, resolving this action.

STIP. RE TRO – Case No. CV F-07-103 OWW TAG – Page 1

PDF created with pdfFactory trial version www.pdffactory.com

2.      Plaintiffs and Defendants agree and stipulate that the Temporary Restraining Order and Order to Show Cause Re Preliminary Injunction and Proposed Preliminary Injunction ("Order"), which the Court entered on January 26, 2007, shall continue in full force and effect, except a bond shall *not* be required, until the matter can be heard by the Court at a hearing on or after February 20, 2007.

3.      Plaintiffs and Defendants respectfully request that the show cause hearing currently set for February 6, 2007 at 12:00 p.m. be continued two weeks, or as soon thereafter as the Court's calendar permits.  Plaintiffs and Defendants further stipulate that Defendants were served with copies of the Order on January 30, 2007, as the Order required, and that Defendants may file an Opposition, if any, to the Order to Show Cause on or before 3:00 p.m. on the day before the rescheduled hearing and shall serve a copy of the Opposition on Plaintiffs' counsel by facsimile or e-mail by or before the same deadline.

Date:  February 5, 2007           RYNN & JANOWSKY, LLP


By:     /s/ Marion I. Quesenbery
        MARION I. QUESENBERY
        Attorneys for Plaintiff


Date:  February 5, 2007           HARVEY L. GOULD


By:     _____
        HARVEY L. GOULD, Cal. Bar No. 049469
        173 Eighth Avenue
        San Francisco, CA 94118
        Telephone:  (415) 668-9233
        Facsimile:  (815) 327-1225
        E-mail: gouldh@aol.com

        Attorney for Defendants Lindsay Foods
        International and Edward Thomas Console

STIP. RE TRO – Case No. CV F-07-103 OWW TAG – Page 2

PDF created with pdfFactory trial version www.pdffactory.com

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

The Temporary Restraining Order and Order to Show Cause Re Preliminary Injunction and Proposed Preliminary Injunction ("Order"), which the Court entered on January 26, 2007, shall continue in full force and effect, except a bond shall *not* be required, until the matter can be heard by the Court.

The show cause hearing currently set for February 6, 2007 at 12:00 p.m. is continued to February 21, 2007 at 12:00 p.m. in Courtroom 3 of the U.S. District Court for the Eastern District of California, 2500 Tulare Street, Fresno, California. On or before 3:00 p.m. on the day before the rescheduled hearing, Defendants may file an Opposition, if any, to the Order to Show Cause and shall serve a copy of the Opposition on Plaintiffs' counsel by facsimile or e-mail by the same deadline.

Date: 2/7/07                               /s/ Oliver W. Wanger
                                           UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com