MARION I. QUESENBERY, Cal. Bar No. 072308
R. JASON READ, Cal. Bar No. 117561
RYNN & JANOWSKY, LLP
4100 Newport Place Drive, Suite 700
Newport Beach, CA  92660
Telephone:  (949) 752-2911
Facsimile:  (949) 752-0953
E-mail:  marion@rjlaw.com

Attorneys for Plaintiffs
CALIFORNIA ARTICHOKE & VEGETABLE
GROWERS CORP. dba OCEAN MIST FARMS;
DOBLER & SONS, LLC

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| CALIFORNIA ARTICHOKE & VEGETABLE GROWERS CORP, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>LINDSAY FOODS INTERNATIONAL, *et al.*,<br><br>Defendants. | CASE NO. CV F-07-103-OWW TAG<br><br>**STIPULATION RE TEMPORARY RESTRAINING ORDER AND REQUEST THAT ORDER TO SHOW CAUSE HEARING BE CONTINUED**<br><br>Hearing: February 21, 2007<br>Time:  12:00 p.m.<br>Place:  Courtroom 3 |

Plaintiffs California Artichoke & Vegetable Growers Corp. dba Ocean Mist Farms and Dobler & Sons, LLC ("Plaintiffs") and Defendants Lindsay Foods International and Edward Thomas Console ("Defendants") respectfully request and stipulate as follows:

1.  Plaintiffs and Defendants are still discussing a settlement of this dispute and are exchanging draft stipulations that they expect will resolve this action. They anticipate filing a stipulation with the court on or before March 2, 2007.

STIP. RE: TRO – Case No. CV F-07-103 OWW TAG – Page 1

PDF created with pdfFactory trial version www.pdffactory.com

2.   Plaintiffs and Defendants agree and stipulate that the Temporary Restraining Order and Order to Show Cause Re Preliminary Injunction and Proposed Preliminary Injunction ("Order"), which the Court entered on January 26, 2007, shall continue in full force and effect, except a bond shall *not* be required, until the matter can be heard by the Court at a hearing on or after March 2, 2007.

3.   Plaintiffs and Defendants respectfully request that the show cause hearing currently set for February 21, 2007 at 12:00 p.m. be continued two weeks or to as soon thereafter as the Court's calendar permits.  Defendants may file an Opposition, if any, to the Order to Show Cause on or before 3:00 p.m. on the day before the rescheduled hearing and shall serve a copy of the Opposition on Plaintiffs' counsel by facsimile or e-mail by or before the same deadline.

Date:  February 19, 2007              RYNN & JANOWSKY, LLP

                                      By:   /s/ Marion I. Quesenbery
                                            MARION I. QUESENBERY
                                            Attorneys for Plaintiff

Date:  February 19, 2007              HARVEY L. GOULD

                                      By:   /s/ Harvey L. Gould
                                            HARVEY L. GOULD, Cal. Bar No. 049469
                                            173 Eighth Avenue
                                            San Francisco, CA 94118
                                            Telephone:  (415) 668-9233
                                            Facsimile:  (815) 327-1225
                                            E-mail: gouldh@aol.com

                                            Attorney for Defendants Lindsay Foods
                                            International and Edward Thomas Console

   I attest that I received written permission from attorney Harvey L. Gould to file this document with his "conformed" signature (/s/) within the e-filed document.

                                             /s/  Marion I. Quesenbery
                                            MARION I. QUESENBERY

STIP. RE: TRO – Case No. CV F-07-103 OWW TAG – Page 2

PDF created with pdfFactory trial version www.pdffactory.com

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

The Temporary Restraining Order and Order to Show Cause Re Preliminary Injunction and Proposed Preliminary Injunction ("Order"), which the Court entered on January 26, 2007, shall continue in full force and effect, except a bond shall *not* be required, until the matter can be heard by the Court.

The show cause hearing currently set for February 21, 2007 at 12:00 p.m. is continued to March 7, 2007 at 12:00 p.m. in Courtroom 3 of the U.S. District Court for the Eastern District of California, 2500 Tulare Street, Fresno, California.  On or before 3:00 p.m. on the day before the rescheduled hearing, Defendants may file an Opposition, if any, to the Order to Show Cause and shall serve a copy of the Opposition on Plaintiffs' counsel by facsimile or e-mail by the same deadline.

Date: _February  23, 2007			_/s/ OLIVER W. WANGER_____
					           UNITED STATES DISTRICT JUDGE

STIP. RE: TRO – Case No. CV F-07-103 OWW TAG – Page 3

PDF created with pdfFactory trial version www.pdffactory.com