MARION I. QUESENBERY, Cal. Bar No. 072308
R. JASON READ, Cal. Bar No. 117561
RYNN & JANOWSKY, LLP
4100 Newport Place Drive, Suite 700
Newport Beach, CA  92660
Telephone:  (949) 752-2911
Facsimile:  (949) 752-0953
E-mail:  marion@rjlaw.com

Attorneys for Plaintiffs
CALIFORNIA ARTICHOKE & VEGETABLE
GROWERS CORP. dba OCEAN MIST FARMS;
DOBLER & SONS, LLC

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| CALIFORNIA ARTICHOKE & VEGETABLE GROWERS CORP, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>LINDSAY FOODS INTERNATIONAL, *et al.*,<br><br>Defendants. | CASE NO. CV F-07-103-OWW TAG<br><br>**STIPULATION RE TEMPORARY RESTRAINING ORDER AND REQUEST THAT ORDER TO SHOW CAUSE HEARING BE CONTINUED**<br><br>Hearing:  March 7, 2007<br>Time:  12:00 p.m.<br>Place:  Courtroom 3 |

Plaintiffs California Artichoke & Vegetable Growers Corp. dba Ocean Mist Farms and Dobler & Sons, LLC ("Plaintiffs") and Defendants Lindsay Foods International and Edward Thomas Console ("Defendants") respectfully request and stipulate as follows:

1. Due to the illness of counsel (including upcoming surgery) and a death in the family of one attorney, Plaintiffs and Defendants settlement discussions have been delayed a few times, but they continue to discuss settlement and have exchanged draft stipulations, which they expect will resolve this action within the next three weeks.

STIP. RE: TRO – Case No. CV F-07-103 OWW TAG – Page 1

    2.     Plaintiffs and Defendants agree and stipulate that the Temporary Restraining Order and Order to Show Cause Re Preliminary Injunction and Proposed Preliminary Injunction ("Order"), which the Court entered on January 26, 2007, shall continue in full force and effect, except a bond shall *not* be required, until the matter can be heard by the Court at a hearing on or after April 6, 2007.

    3.     Plaintiffs and Defendants respectfully request that the show cause hearing currently set for March 7, 2007 at 12:00 p.m. be continued at least four weeks to the week of April 9, 2007, or to as soon thereafter as the Court's calendar permits. Defendants may file an Opposition, if any, to the Order to Show Cause on or before 3:00 p.m. on the day before the rescheduled hearing and shall serve a copy of the Opposition on Plaintiffs' counsel by facsimile or e-mail by or before the same deadline.

Date: March 6, 2007                RYNN & JANOWSKY, LLP

                                        By:   /s/ Marion I. Quesenbery
                                               MARION I. QUESENBERY
                                               Attorneys for Plaintiff

Date: March 6, 2007                HARVEY L. GOULD

                                        By:   /s/ Harvey L. Gould
                                               HARVEY L. GOULD, Cal. Bar No. 049469
                                             173 Eighth Avenue
                                             San Francisco, CA 94118
                                             Telephone: (415) 668-9233
                                             Facsimile: (815) 327-1225
                                             E-mail: gouldh@aol.com

                                             Attorney for Defendants Lindsay Foods
                                             International and Edward Thomas Console

    I attest that I received written permission from attorney Harvey L. Gould to file this document with his "conformed" signature (/s/) within the e-filed document.

                                                        /s/ Marion I. Quesenbery
                                                   MARION I. QUESENBERY

STIP. RE: TRO – Case No. CV F-07-103 OWW TAG – Page 2

PDF created with pdfFactory trial version www.pdffactory.com

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

The Temporary Restraining Order and Order to Show Cause Re Preliminary Injunction and Proposed Preliminary Injunction ("Order"), which the Court entered on January 26, 2007, shall continue in full force and effect, except a bond shall *not* be required, until the matter can be heard by the Court.

The show cause hearing currently set for March 7, 2007 at 12:00 p.m. is continued to April 11, 2007 at 12:00 p.m. in Courtroom 3 of the U.S. District Court for the Eastern District of California, 2500 Tulare Street, Fresno, California. On or before 3:00 p.m. on the day before the rescheduled hearing, Defendants may file an Opposition, if any, to the Order to Show Cause and shall serve a copy of the Opposition on Plaintiffs' counsel by facsimile or e-mail by the same deadline.

Date: 3/6/07

/s/ Oliver W. Wanger
UNITED STATES DISTRICT JUDGE