MARION I. QUESENBERY, Cal. Bar No. 072308
R. JASON READ, Cal. Bar No. 117561
RYNN & JANOWSKY, LLP
4100 Newport Place Drive, Suite 700
Newport Beach, CA  92660
Telephone:  (949) 752-2911
Facsimile:  (949) 752-0953
E-mail:  marion@rjlaw.com

Attorneys for Plaintiffs
CALIFORNIA ARTICHOKE & VEGETABLE
GROWERS CORP. dba OCEAN MIST FARMS and
DOBLER & SONS, LLC

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| CALIFORNIA ARTICHOKE & VEGETABLE GROWERS CORP., a corporation, dba OCEAN MIST FARMS; DOBLER & SONS, LLC, a limited liability company,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>LINDSAY FOODS INTERNATIONAL, a corporation; EDWARD THOMAS CONSOLE, an individual; and PAUL R. BLACK, an individual,<br><br>　　　　　Defendants. | **CASE NO. CV F-07-103-OWW TAG**<br><br>**ORDER AND JUDGMENT IN THE EVENT OF DEFAULT UNDER THE STIPULATION** |

Upon consideration of Plaintiffs California Artichoke & Vegetable Growers Corp. dba Ocean Mist Farms ("Ocean Mist Farms") and Dobler & Sons, LLC ("Dobler") and Defendants Lindsay Foods International ("Lindsay Foods") and Edward Thomas Console ("Console")'s Stipulation for Entry of Judgment ("Stipulation"), and good cause appearing for approval of the Stipulation, it is:

STIPULATION FOR ENTRY OF JUDGMENT – Case No. C 06-00919 RMW – 1

PDF created with pdfFactory trial version www.pdffactory.com

IT IS ORDERED that, under the Perishable Agricultural Commodities Act ("PACA") trust provisions, 7 U.S.C. § 499e(c), Plaintiffs performed and fulfilled all duties required to preserve their PACA trust benefits (1) in the total amount of $75,573.30 for Ocean Mist Farms, plus interest at the contractual rate of 18% per annum ($14,482.74 through February 24, 2007, and continuing) and attorneys' fees of $ 4,623.23 (through February 2007 and continuing), and (2) in the total sum of $135,377.05 for Dobler (of the $222,568.94 that Lindsay Foods owes Dobler), plus prejudgment interest at the California contract rate of 10% per annum ($4,141.43 through February 24, 2007 and continuing), all of which remains past due and unpaid for perishable agricultural commodities sold to Defendant Lindsay Foods in 2006.

IT IS ORDERED that Plaintiff Lindsay Foods also owes Dobler $87,191.89 (in addition to the $135,377.05 protected by the PACA trust provisions) for the spinach that Lindsay Foods purchased from Dobler in 2006, plus prejudgment interest at the California contract rate of 10% per annum ($3,770.76 through February 24, 2007 and continuing), all of which remains past due and unpaid.

IT IS ORDERED that, Plaintiffs grew the farm product (i.e., fresh spinach) that Defendant Lindsay Foods purchased from them for the purpose of processing the spinach into frozen form and reselling it to its customers. Consequently, Plaintiffs have a first priority lien for all sums owed for their spinach, as provided in Cal. Food & Ag. Code § 55633, on Lindsay Foods' farm product and the receivables from the sale of its farm product. Cal. Food & Ag. Code §§ 55631, 55633, 55635.

IT IS ORDERED that Defendant Console is and was, at all relevant times, an officer and shareholder of Lindsay Foods and was in a position to and did control the PACA trust assets held by Lindsay Foods. Consequently, Console is personally liable, jointly and severally with Lindsay Foods, as a trustee of Lindsay Foods' PACA trust assets, for Lindsay Foods' failure to

STIPULATION FOR ENTRY OF JUDGMENT – Case No. C 06-00919 RMW – 2

PDF created with pdfFactory trial version www.pdffactory.com

pay $75,573.30, plus contractual interest at the rate of 18% per annum ($14,482.74 through February 24, 2007, and continuing) and attorneys' fees of $4,623.23 (through February 2007 and continuing), to Ocean Mist Farms, and for Lindsay Foods' failure to pay $135,377.05, plus California pre-judgment interest at the rate of 10% per annum ($4,141.43 through February 24, 2007, and continuing), to Dobler. See Sunkist Growers, Inc. v. Fisher, 104 F.3d 280, 282-83 (9th Cir. 1977).

IT IS ORDERED that, should Defendants' default in any obligation under the Stipulation (and fail to cure the default after notice, as provided in the Stipulation), Plaintiffs shall be entitled to judgment against Defendants, jointly and severally, and to the other relief and remedies, consistent with and as provided by the terms of the Stipulation.

IT IS ORDERED that this Court's Temporary Restraining Order, originally entered on January 26, 2007 (and any and all subsequent extensions thereof), is dissolved and any application for a preliminary injunction is taken off calendar.

IT IS ORDERED that nothing in the Stipulation or this Order shall be deemed, interpreted, or otherwise construed as an extension of credit by Plaintiffs to Defendants, or as a waiver of Plaintiffs' rights under the PACA trust provisions, 7 U.S.C. § 499e(c).

IT IS FURTHER ORDER that the United States District Court for the Eastern District of California shall retain exclusive jurisdiction over the parties to this action and to enforce and interpret the Stipulation and this Order.

IT IS FURTHER ORDERED that, unless good cause is shown by one of the parties, the Complaint against Defendants Lindsay Foods and Console *only* shall be dismissed 90 days from the date of this Order; however, as provided in the Stipulation, Plaintiffs may file a motion

PDF created with pdfFactory trial version www.pdffactory.com

requesting the court to enter judgment and to order other remedies and relief consistent with the terms of the Stipulation.

Date:  April 3, 2007                              /s/ Oliver W. Wanger
                                                  OLIVER W. WANGER
                                                  United States District Court Judge