**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **CALIFORNIA ARTICHOKE &** )<br>**VEGETABLE GROWERS, etc.,** )<br>                            )<br>            Plaintiff,      )<br>                            )<br>    v.                      )<br>                            )<br>**LINDSAY FOODS INTERNATIONAL,** )<br>**etc., et al.**             )<br>                            )<br>            Defendant        )<br>_____) | **1:07-cv-0103 OWW TAG**<br><br>**ORDER DISMISSING PARTIES<br>AND ACTION** |

    **On April 4, 2007, an order was entered in this matter which states as follows at page 3, beginning at line 20:**

>   **IT IS FURTHER ORDERED that, unless good cause is shown by one of the parties, the Complaint against Defendants Lindsay Foods and Console *only* shall be dismissed 90 days from the date of this Order; however, as provided in the Stipulation, Plaintiffs may file a motion requesting the court to enter judgment and to order other remedies and relief consistent with the terms of the stipulation.**

    **As of this date no such request having been filed IT IS ORDERED that defendants Lindsay Foods and Edward Thomas Console are dismissed.**

    **Further, pursuant to the Rule 41(a) notice of voluntary**

1

dismissal of defendant Paul R. Black filed by the plaintiff on October 17, 2007, IT IS ORDERED that defendant Paul R. Black is dismissed.  The Clerk of Court shall close this action.

    IT IS SO ORDERED.

**Dated:  November 2, 2007**          /s/ Oliver W. Wanger
                                                 UNITED STATES DISTRICT JUDGE